## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

### *Electronically Filed*

LEEP, INC., an Oregon corporation,

   Plaintiff,

v.                                            Case no. 3:23-cv-0008-DJH

LAURENCE ZIELKE, an individual and
ZIELKE LAW FIRM, PLLC, a Kentucky
Professional Limited Liability Company

   Defendants.

*** *** ***

### PROPOSED AGREED SCHEDULING ORDER

Plaintiff LEEP, Inc. ("LEEP") and Defendants Laurence Zielke and Zielke Law Firm, PLLC (together, "Zielke, *et al.*"), by counsel, have met and conferred and hereby submit this *Proposed Scheduling Order* to the Court.

The parties recognize that there is a pending appeal at the Ninth Circuit that could affect this case. Also, depending on the Court's ruling on the Plaintiff's *Motion for Leave to Amend the Complaint*, the scope of the claims being asserted in this case could be materially altered. For this reason, rather than attempt to establish deadlines for the various stages of discovery that normally apply in a case, the parties propose the more general deadlines described below. If future developments require that more detailed deadlines be established for each step in the discovery process including when dispositive motions are required to be made, the parties will confer to make suggested modifications to the deadlines set forth below.

1. Defendants Zielke, *et al.* shall have until January 15, 2024, to file their *Response*, if any, to Plaintiff LEEP's *Motion for Leave to File the Amended Complaint*.

2. Plaintiff LEEP shall have until January 31, 2024, to file its *Reply* in support of the *Motion for Leave to File the Amended Complaint*.

3. The parties will work together in order to complete all discovery by July 31, 2024.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023.

_____
COLIN H. LINDSAY, MAGISTRATE JUDGE
United States District Court

By: */s/J. Allan Cobb*_____
J. Allan Cobb
Andrea R. Hunt
**COBB LAW, PLLC**
1303 Clear Springs Trace, Suite 100
Louisville, KY 40223
Telephone:  (502) 966-7100
Fax:          (502) 434-5900
allancobb@cobblawpllc.com
andreahunt@cobblawpllc.com
*Counsel Defendants Zielke, et al.*


By: */s/Richard D. Gaines (with permission)*
Richard D. Gaines
Attorney at Law
P.O. Box 943
Greentown, PA 18426-0943
(570) 857-0180
rdenisgaines@earthlink.net
*Counsel for Plaintiff LEEP, Inc.*