# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF KENTUCKY

# LOUISVILLE DIVISION

| | |
|---|---|
| LEEP, INC., an Oregon corporation, | Case No.: 3:23-cv-08-DJH |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| LAURENCE ZIELKE, an individual and ZIELKE LAW FIRM, PLLC, a Kentucky professional limited liability company and | |
| Defendants. | |

THIS MATTER HAVING come before the court on the Motion of Plaintiff, LEEP, Inc. , for leave to file the amended complaint attached to the Motion and good causing appearing;

THE Motion is Granted;

The Court orders that the Defendants' time to answer or otherwise move with respect to the amended complaint is set at on or before 35 days from the date of this Order,

So Ordered this ___ day of December, 2023

_____
United States District Judge

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing Proposed Order Granting Motion for Leave to Amend the Complaint on Defendants' counsel and all counsel of record by electronic means through the Court's Case Management/Electronic Case File System on the date set forth below.

Joseph A Cobb
Andrea Hunt
Attorney for Laurence Zielke and Zielke Law Firm
Cobb Law, PLLC
1303 Clear Springs Trace
Ste 100
Louisville, KY 40223
502-966-7100
Fax: 502-434-5900
Email: allancobb@cobblawpllc.com
Email: andreahunt@cobblawpllc.com

DATED: December 17, 2023              LAW OFFICES OF RICHARD D. GAINES, ESQ.

                                          /s Richard D. Gaines
                                          RICHARD D. GAINES
                                          rdenisgaines@earthlink.net
                                          PO Box 943
                                          102 Sugarberry Lane
                                          Greentown, PA 18426-0943
                                          Telephone: 570-857-0180
                                          Of Attorney for Plaintiff