# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*Electronically Filed*

LEEP, INC., an Oregon corporation,

   Plaintiff,

v.                                        Case no. 3:23-cv-0008-DJH

LAURENCE ZIELKE, an individual and
ZIELKE LAW FIRM, PLLC, a Kentucky
Professional Limited Liability Company

   Defendants.

*** *** ***

## AGREED ORDER OF DISMISSAL

Come Plaintiff LEEP, Inc. ("LEEP") and Defendants Laurence Zielke and Zielke Law Firm, PLLC ("Zielke, *et al.*") and notify the Court that this matter has been fully resolved.

Accordingly, upon agreement of the parties and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that all claims asserted herein, or which could have been asserted herein, by and between LEEP and Zielke, *et al.*, are hereby **DISMISSED WITH PREJUDICE**, with each party to pay their own costs.

     **ENTERED** this the _____ day of July, 2025.

                                         _____
                                         Hon. Colin H. Lindsay, Magistrate Judge
                                         United States District Court
                                         Western District of Kentucky

**HAVE SEEN AND WITH APPROVAL AGREE:**

\

*/s/ Christopher D. Miller*
Christopher D. Miller
**ARNOLD & MILLER, PLC**
121 Prosperous Place, Suite 6B
Lexington, Kentucky 40509
*COUNSEL FOR PLAINTIFF LEEP*


*/s/ J. Allan Cobb*
J. Allan Cobb
Andrea Hunt
**COBB LAW, PLLC**
1303 Clear Springs Trace, Suite 100
Louisville, Kentucky 40223
*COUNSEL FOR DEFENDANTS ZIELKE, ET Al.*