UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LEEP, INC.,     Plaintiff,

v.     Civil Action No. 3:23-cv-08-DJH-CHL

LAURENCE ZIELKE and ZIELKE LAW
FIRM, PLLC,     Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a proposed agreed order of dismissal signed by all parties who have appeared. (Docket No. 85) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.

July 7, 2025

David J. Hale, Judge
United States District Court